AO245B Judgment in a Criminal Case for Revocation (Rev. 06/05)
Sheet 1

RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 1-24-07
BY

# United States District Court
## Western District of Louisiana

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>BRADLEY GERALD BERARD<br>(Defendant's Name) | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Criminal Number: 01-20054-008<br><br>USM Number: BRADLEY GERALD BERARD 11341-035<br><br>Eugene A. Bouquet<br>Defendant's Attorney |

## THE DEFENDANT:

[✓] admitted guilt to violation of condition(s) <u>1,2,3,4,5, & 6</u> of the term of supervision.
[ ] was found in violation of ___ after denial of guilt.

The defendant is guilty of these violation(s);

**Violation Number**          **Nature of Violation**          **Violation Ended**

See next page

    The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

    IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

1-17-07
Date of Imposition of Sentence

_/s/ Richard T. Haik_
Signature of Judicial Officer

RICHARD T. HAIK, Chief United States District Judge
Name & Title of Judicial Officer

1-22-07
Date

COPY SENT
DATE 1-24-07
BY
TO USM 3cc
   USP 3cc

CASE NUMBER:   01-20054-008
DEFENDANT:

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 1 | Test positive for illegal drug use (cocaine) | 9/27/06 |
| 2 | Failed to provide urinalysis samples | 9/22/06 |
| 3 | Failed to submit written reports | 9/5/06 |
| 4 | Failed to follow directions of probation officer failed to report and provide verification of employment | 9/28/06 |
| 5 | Failed to notify the Probation Officer of his change of address | 9/6/06 |
| 6 | Failed to attend substance abuse as directed | 8/21/06 |

AO245B Judgement in a Criminal Case (Rev. 06/05)
    Sheet 2 — Imprisonment

DEFENDANT: BRADLEY GERALD BERARD
CASE NUMBER: 01-20054-008

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 11 months .

[✓] The court makes the following recommendations to the Bureau of Prisons:

Defendant be placed in a program or facility in which he can recive intense drug treatment.

[✓] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district:
    [ ] at ___ [ ] a.m. [ ] p.m. on ___.
    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    [ ] before 2 p.m. on ___.
    [ ] as notified by the United States Marshal.
    [ ] as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL